# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

---

| | |
|---|---|
| In re: HEARTWISE, INC.<br><br>Debtor<br>_____<br><br>DAVIDPAUL DOYLE,<br><br>Appellant<br><br>v.<br><br>HEARTWISE, INC.<br><br>Appellee. | District Court Case Number<br>8:21-cv-01961-AB<br><br>Bankruptcy Court Case Number<br>8:20-bk-13335-SC<br><br>Chapter 11 |

---

**NOTICE OF LODGING [PROPOSED] ORDER GRANTING APPELLEE'S MOTION TO SUPPLEMENT THE RECORD FILED BY DEBTOR HEARTWISE, INC.**

MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Appellee,
HEARTWISE, INC.

TO THE HONORABLE ANDRE BIROTTE JR., UNITED STATES DISTRICT JUDGE, APPELLANT AND HIS COUNSEL, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Appellee, HEARTWISE, INC. ("Appellee" or "Debtor"), lodges the attached [Proposed] Order Granting Appellee's Motion to Supplement the Record filed by Debtor Heartwise, Inc., on March 12, 2022, as Docket No. 30.

DATED: March 23, 2022         MARSHACK HAYS LLP

                              By: */s/ Matthew W. Grimshaw*
                                  MATTHEW W. GRIMSHAW
                                  DAVID A. WOOD
                                  LAILA MASUD
                                  Attorneys for Appellee,
                                  HEARTWISE, INC.

Case Name: *DavidPaul Doyle v. Heartwise, Inc.*
**District Court Case Number: 8:21-cv-01961-AB**
Bankruptcy Court Case Number: 8:20-bk-13335-SC
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Certificate of Service

I hereby certify that on **March 23, 2022**, I electronically filed the **NOTICE OF LODGING [PROPOSED] ORDER GRANTING APPELLEE'S MOTION TO SUPPLEMENT THE RECORD FILED BY DEBTOR HEARTWISE, INC.** with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.

I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

- Mark F. Foley
  mfoley@vonbriesen.com
- William D. Gardner
  wgardner@vonbriesen.com
- Jared Glicksman
  jglicksman@yocca.com,pkim@yocca.com,myocca@yocca.com,jpaquette@yocca.com,knameth@yocca.com
- Matthew W Grimshaw
  MGrimshaw@marshackhays.com,cbastida@marshackhays.com
- Mark W Yocca
  myocca@yocca.com

I hereby certify that some of the parties of record to this appeal have not consented to electronic service. I have mailed the above-referenced document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following parties:

**N/A**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 23, 2022                         */s/ Cynthia Bastida*
                                              CYNTHIA BASTIDA