1 | THE YOCCA LAW FIRM LLP
MARK W. YOCCA, State Bar No. 137189
2 | JARED GLICKSMAN, State Bar No. 247124
19900 MacArthur Boulevard, Suite 650
3 | Irvine, California 92612
Telephone:    (949) 253-0800
4 | Facsimile:    (949) 253-0870

5 | VON BRIESEN & ROPER, S.C.
MARK F. FOLEY, State Bar No. 1005627
6 | Pro hac vice
411 E. Wisconsin Ave., Ste. 1000
7 | Milwaukee, WI 53202
Telephone: (414) 287-1404
8 | Facsimile: (414) 238-6520
Email: mfoley@vonbriesen.com

9 | *Counsel for DavidPaul Doyle*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR:<br><br>    HEARTWISE, INC.,<br><br>                                        DEBTOR<br>_____<br><br>DAVIDPAUL DOYLE<br><br>                                        Appellant(s)<br><br>    v.<br><br>HEARTWISE, INC.<br><br>                                        Appellee(s). | DISTRICT COURT CASE NUMBER:<br><br>8:21-cv-01961-AB<br><br>BANKRUPTCY COURT CASE NUMBER:<br><br>8:20-bk-13335-SC<br><br>Related ADVERSARY CASE NUMBER:<br><br>8:21-ap-01019-SC<br><br>**APPELLANT'S NOTICE OF ERRATA** |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Appellant DavidPaul Doyle ("Appellant") inadvertently included an unsigned, duplicate copy of his Reply Brief filed March 31, 2022, as pages one (1) through twenty-eight (28) of Docket No. 49 ("Duplicate Pages"). Pages twenty-nine (29) through fifty-six (56) of Docket No. 49 comprise the entirety of Appellant's signed Reply Brief and the Duplicate Pages may be disregarded.

DATE: April 4, 2022

THE YOCCA LAW FIRM LLP

/s/ Jared Glicksman                .
MARK W. YOCCA
JARED GLICKSMAN

VON BRIESEN & ROPER, S.C.

Mark F. Foley, SBN 1005627
411 E. Wisconsin Ave., Ste. 1000
Milwaukee, WI 53202
Telephone: (414) 287-1404
Facsimile: (414) 238-6520
Email: mfoley@vonbriesen.com
*Attorneys for Appellant*
*DavidPaul Doyle*

1

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is 19900 MacArthur Boulevard, Suite 650, Irvine, California 92612.

On **April 4, 2022,** I served a copy of the following document(s): **APPELLANT'S NOTICE OF ERRATA** on the interested parties in this action as follows:

Matthew W. Grimshaw, SBN 210424
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778
Email: MGrimshaw@marshackhays.com

[XX] **CM/ECF** - The foregoing documents were filed using the Court's CM/ECF System ("System"). The System will send an e-mail notification of the foregoing filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF on the date this proof of service was signed.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on April 4, 2022, at Irvine, California.

/s/        Jared Glicksman        .
           Jared Glicksman

1