## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Heartwise, Inc.<br><br>DavidPaul Doyle , Appellant,<br><br>v.<br><br>Heartwise, Inc., | CASE NUMBER<br><br>8:21-cv-01961-AB |
| ~~PLAINTIFF(S)~~ | |
| ~~DEFENDANT(S).~~ | **ORDER TRANSFERRING<br>CIVIL ACTION PURSUANT TO<br>GENERAL ORDER 21-01** |

Pursuant to General Order 21-01,

IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of

Judge _____WILLIAM DUFFY KELLER_____ for all further proceedings.


_____April 17, 2023_____
Date

_____
United States District Judge

_____April 17, 2023_____
Date

_____
United States District Judge


## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials ___WDK___ after the

case number, so that the case number will read ___8:21-cv-01961 WDK___ . This is very important because

documents are routed to the assigned judge by means of these initials.