UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In re: HEARTWISE, INC., | No.   23-55002 |
| Debtor, | D.C. No. 8:21-cv-01961-AB<br>Central District of California,<br>Santa Ana |
| OSMAN KHAN, | ORDER |
| Appellant, | |
| v. | |
| HEARTWISE, INC., | |
| Appellee. | |

The appellant did not file the opening brief by the due date.  This case is therefore dismissed for failure to prosecute.  *See* 9th Cir. R. 42-1.

This order, served on the district court, will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA133